**Roger D. HALL, Plaintiff–Appellant,**

v.

**John G. KORESKI, Business Manager Department of Corrections, Defendant–Appellee.**

No. 08–35582.

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.\*

Filed July 20, 2010.

Roger D. Hall, pro se.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM \*\*

Roger D. Hall, an Oregon state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action seeking a writ of mandamus to halt the ongoing garnishment of his prison trust account and to recover funds already garnished. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Stewart v. U.S. Bancorp,* 297 F.3d 953, 956 (9th Cir.2002). We affirm.

The district court properly dismissed the action as barred by the doctrine of res judicata because Hall has already litigated

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

his claims arising out of the garnishment of his prison trust account. *See Hall v. Hill,* No. 3:04–cv–01752–AS, slip op. at 2 (D.Or. Nov. 21, 2005), *aff'd,* 225 Fed.Appx. 595 (9th Cir.2007); *see also Stewart,* 297 F.3d at 956 (describing elements of res judicata).

Appellee's motion for leave to appear and for briefing schedule is denied as moot.

**AFFIRMED.**